1  EDWARD C. DUCKERS (SB #242113)
   ed.duckers@stoel.com
2  STOEL RIVES LLP
   Three Embarcardero Center, Suite 1120
3  San Francisco, CA 94111
   Telephone: (415) 617-8900
4  Facsimile: (415) 617-8907

5  RANDOLPH C. FOSTER (SB #784340)
   randy.foster@stoel.com
6  MARK A. NORBY (SB #804278)
   mark.norby@stoel.com
7  STOEL RIVES LLP
   760 SW Ninth Avenue, Suite 3000
8  Portland, OR 97205
   Telephone: (503) 224-3380
9  Facsimile: (503) 220-2480

10 Attorneys for Defendant
   ROSEBURG FOREST PRODUCTS CO.

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                           SACRAMENTO DIVISION

| | |
|---|---|
| 15  WATER CONSERVATION TECHNOLOGY INTERNATIONAL, | Case No. 2:16-cv-02151-TLN-EFB |
| 16  INC., a Nevada Corporation, | STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |
| 17         Plaintiff, | |
| 18         v. | |
| 19  ROSEBURG FOREST PRODUCTS CO., an Oregon corporation; and DOES 1-10, | |
| 20  inclusive | |
| 21         Defendants. | |

<u>STIPULATION</u>

Pursuant to Local Rule 144(a), Defendant Roseburg Forest Products Co. ("Defendant"), and Plaintiff Water Conservation Technology International, Inc. ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agrees as follows:

WHEREAS, on September 9, 2016, Plaintiff filed the original Complaint in the above-captioned action in United States District Court of California, Eastern District;

WHEREAS, Defendant was served with the Summons and Complaint, effective on September 14, 2016;

WHEREAS, on October 5, 2016, Defendant is otherwise required to file and serve their initial response to the Summons and Complaint in this matter;

WHEREAS, Defendant has not previously requested an extension of time to respond to the Complaint;

WHEREAS, the parties are negotiating a potential early resolution and are in the process of meeting and conferring; therefore, the parties have agreed to an additional 30-day extension of time for Defendant to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff's agreement to extend Defendant's time to respond to the Complaint will not alter any event or deadline already fixed by Court order or involve papers required to be filed or lodged with the Court, other than an initial response to the Complaint;

NOW, THEREFORE, the Parties stipulate and agree that Defendant's time to respond to Plaintiff's Complaint shall be extended to **November 4, 2016**.

IT IS SO STIPULATED.

DATED: September 27, 2016

        STOEL RIVES LLP

By: /s/Edward C. Duckers
    EDWARD C. DUCKERS
    RANDOLPH C. FOSTER
    MARK A. NORBY
    Attorneys for Defendant
    ROSEBURG FOREST PRODUCTS CO.

DATED: September 27, 2016

        FRISENDA QUINTON & NICHOLSON

By: /s/ Frank Frisenda (as authorized on
    September 27, 2016)
    FRANK FRISENDA
    Attorneys for Plaintiff
    WATER CONSERVATION
    TECHNOLOGY INTERNATIONAL,
    INC.

## ORDER

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT Defendant's time to respond to Plaintiff's Complaint is extended to November 4, 2016.

IT IS SO ORDERED.

Dated: September 28, 2016

        Troy L. Nunley
        United States District Judge