UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| WATER CONSERVATION TECHNOLOGY INTERNATIONAL, INC., a Nevada corporation, | No. 2:16-cv-02151-SB |
|     Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
|     v. | |
| ROSEBURG FOREST PRODUCTS CO., an Oregon corporation; and DOES 1-10, | |
|     Defendant. | |

Before the Court is the Parties' Stipulation to Extend Time to Respond to Complaint, ECF No. 13. The parties state that they are negotiating a potential early resolution and are in the process of meeting and conferring. Thus, the parties have agreed to an additional 30-day extension of time for Defendant to respond to Plaintiff's Complaint. The Court finds good cause to grant the motion and extend the deadline to respond to Plaintiff's Complaint.

//

//

//

//

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** + 1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The Parties' Stipulation to Extend Time to Respond to Complaint, ECF No. 13, is **GRANTED**.

2. Defendant shall file a response to Plaintiff's Complaint by **February 24, 2017.**

3. All other deadlines shall remain in place.

**IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 20th day of January, 2017.

Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** + 2