UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER CONSERVATION TECHNOLOGY INTERNATIONAL, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSEBURG FOREST PRODUCTS CO., an Oregon corporation; and DOES 1-10 inclusive,<br><br>    Defendants. | No. 2:16-cv-02151-SB<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

    The parties have filed a Stipulation of Dismissal with Prejudice, ECF No. 15. In accordance with Fed. R. Civ. P. 41 and the joint wishes of the parties, the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

//
//
//
//
//
//

**ORDER GRANTING STIPULATED DISMISSAL WITHPREJUDICE** +1

Accordingly**, IT IS HEREBY ORDERED:**

1. The Parties' Stipulation of Dismissal with Prejudice, ECF No. 15, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 23rd day of February, 2017.

_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL WITHPREJUDICE** +2